# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Corey Ellis Lapotsky                  Docket No. 4:21-CR-40-1FL

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Corey Ellis Lapotsky, who was placed under pretrial release supervision by the Honorably Kimberly A. Swank., U.S. Magistrate Judge, sitting in the Court at Greenville, on the 7th day of July, 2021. On July 8, 2021, the U.S. Attorney's Office filed an appeal of the defendant's release and on July 15, 2021, that appeal was denied by the Honorable Louise W. Flanagan, United States District Judge. The defendant is currently scheduled for arraignment before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, during the October 12, 2021 term of court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    At the time of his initial appearance on July 7, 2021, the defendant was ordered to participate in the home detention program with GPS monitoring. The level was set at low intensity by the court; however, based on recommendations by BI, the agency that supplies monitoring technology, this level of supervision is not recommended for GPS cases. This officer has spoken with the defendant and his counsel of record regarding this notation, and they agreed to revise that notation to high intensity based on the recommendations and guidelines of that program.

The defendant has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of pretrial release be modified as follows:

1. The defendant shall submit to the following location monitoring technology and comply with its requirements as directed:

    a. GPS (high intensity)


Reviewed and approved,                         I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake                              /s/ Kristyn Super
David W. Leake                                   Kristyn Super
Supervising U.S. Probation Officer          U.S. Probation Officer
                                                     200 Williamsburg Pkwy, Unit 2
                                                     Jacksonville, NC 28546-6762
                                                     Phone: 910-346-5104
                                                     Executed On: August 17, 2021

**Corey Ellis Lapotsky**
**Docket No. 4:21-CR-40-FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered the ___19th___ day of _____August_____, 2021, and ordered filed and made part of the records in the above case.

_____
Louise Wood Flanagan
U.S. District Judge