UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:21-CR-40-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| COREY LAPOTSKY ) | |
| ) | |
| Defendant. | |

THIS MATTER IS BEFORE THE COURT on the Defendant's motion to seal DE# 52.

For good cause shown, it is hereby ORDERED the motion is GRANTED.

This the 17th day of December, 2021.

HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina