UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:21-CR-40-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COREY LAPOTSKY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's unopposed motion to modify the deadlines set by the DE #51 scheduling order.

For good cause shown, it is hereby ORDERED that the motion is GRANTED. The January 6, 2022, deadline for the filing of pretrial motions and the February 8, 2022, arraignment are hereby suspended pending the Court's ruling on the Defendant's now pending motion to dismiss, DE #52. The motions deadline and the arraignment will be reset by the Court in a later order, to occur no sooner than 45 days after the Court's ruling on the motion to dismiss.

IT IS FURTHER ORDERED that the Government's shall file any response to the DE #52 motion to dismiss on or before January 28, 2022.

IT IS FURTHER ORDERED that any delay that results from this continuance is hereby excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

SO ORDERED, this the 17th day of December, 2021.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina